

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

§

§          No. 08-14-00279-CR

IN RE:  LUKE GILPIN, RICK STATHIS,
DAVID GARCIA, AND RICK RUBIO,          §          AN ORIGINAL PROCEEDING

§

Relators.          §          IN MANDAMUS

§

## MEMORANDUM OPINION

Relators, Luke Gilpin, Rick Stathis, David Garcia, and Rick Rubio, have filed a motion requesting that we dismiss this original proceeding because they no longer wish to pursue it.  We grant the motion and dismiss the original proceeding.

January 14, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.